UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kevin Richardson,

           Petitioner

v.

Bean Jeremy, et al.,

           Respondents

Case No. 2:25-cv-00077-CDS-DJA

Order Directing Petitioner to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee

       Kevin Richardson submitted a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 in U.S. District Court, Central District of California. ECF No. 1-1. Because Richardson indicates that he seeks to challenge a Nevada conviction and is incarcerated at High Desert State Prison in Indian Springs, Nevada, the Central District of California has transferred the action to this District. ECF No. 9.

       Richardson has not paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

       It is therefore ordered that petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis* by **March 6, 2025**.

       It is further ordered that failure to do so will result in the dismissal of this action without prejudice and without further prior notice.

       It is further ordered that the Clerk of Court retain the petition but not file it at this time.

       Dated: February 6, 2025

_____
Cristina D. Silva
United States District Judge