UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kevin Richardson,

    Petitioner

v.

Bean Jeremy, et al.,

    Respondents

Case No. 2:25-cv-00077-CDS-DJA

**Order Dismissing Petition without Prejudice**

  Kevin Richardson submitted a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 in U.S. District Court, Central District of California. ECF No. 1-1. Because Richardson indicates that he seeks to challenge a Nevada conviction and is incarcerated at High Desert State Prison in Indian Springs, Nevada, the Central District of California transferred the action to this District. ECF No. 9.

  The court directed Richardson to pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. ECF No. 12; 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2. More than the allotted time has passed, and Richardson has not submitted an *ifp*, paid the filing fee, or contacted the court in any way. The court expressly warned Richardson that failure to follow the court's order would result in the dismissal of this action without prejudice and without further prior notice. This action is therefore dismissed.

  It is ordered that this habeas matter is dismissed without prejudice.

  The Clerk of Court is directed to enter judgment accordingly and to close this case.

  Dated:  April 10, 2025

                _____
                Cristina D. Silva
                United States District Judge